**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **WILLIAM H. DAWES, JR.** )<br>　　3640 S.W. Stratford Road )<br>　　Topeka, Kansas 66604 )<br>　　　　　　　　　　　　　　　　　)<br>　　**Plaintiff,** )<br>　　　　　　　　　　　　　　　　　)<br>v.　　　　　　　　　　　　　　　　)　　Case No.<br>　　　　　　　　　　　　　　　　　)<br>**STATE OF KANSAS** )<br>　　**Serve: Kansas Attorney General** )<br>　　　　120 SW 10th Ave., 2nd Floor )<br>　　　　Topeka, Kansas 66612 )<br>　　　　　　　　　　　　　　　　　)<br>　　**Defendant.** ) | |

## COMPLAINT

Plaintiff William Dawes for his causes of action against Defendant State of Kansas, states and alleges as follows:

1. Plaintiff is an adult individual and a resident of Topeka, Kansas.

2. Defendant State of Kansas may be served by service on the Attorney General.

3. This case arises under Title VII of the Civil Rights Act, as amended, 42 U.S.C. §2000e, *et seq*., (Title VII), making jurisdiction proper in this court under 28 U.S.C. § 1331.

4. Venue is proper within this district under 28 U.S.C. § 1391 in that the employment practices hereinafter alleged to be unlawful were committed in this judicial district.

5. Plaintiff was subjected to sex discrimination in violation of Title VII, 42 U.S.C. § 2000e-2.

6. At all times relevant to this action, Defendant has employed fifteen or more employees in the state of Kansas and is therefore an employer as defined in Title VII. The Kansas

Highway Patrol is a subdivision of the State of Kansas.

7. On July 19, 2022, Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission (EEOC) within 180 days of the unlawful employment practices complained of herein.

8. Plaintiff received a Notice of Right to Sue, dated December 16, 2022, from the United States Department of Justice (upon referral from the EEOC) and this Complaint is filed within 90 days of receipt of that letter.

9. Plaintiff was employed by the Kansas Highway Patrol as a facilities coordinator officed in Topeka, Kansas, from February 2021 until his termination on July 6, 2022 (effective July 7, 2022).

10. Plaintiff was placed on administrative leave on June 6, 2022, pending an administrative investigation.

11. By letter dated June 9, 2022, Plaintiff was notified of an interview by the Professional Standards Unit to take place on Monday, June 13, 2022.

12. Prior to the June 13, 2022, interview, Plaintiff requested a short continuance of the interview which was granted.

13. Plaintiff was interviewed on Thursday, June 16, 2022, by the Professional Standards Unit.

14. During the June 16, 2022, interview, Plaintiff informed Defendant that he was transgender.

15. Plaintiff was terminated on July 6, 2022 (effective July 7, 2022).

16. The reason listed for Plaintiff's termination in the July 6, 2022, letter was: "The reason for the dismissal is your refusal to answer questions during an interview with the

Professional Standards Unit on June 13, 2022."

17. Plaintiff was not disciplined until he was placed on administrative leave on June 6, 2022.

18. At all times during his employment, Plaintiff met the legitimate job expectations of his employer and received positive performance reviews and salary increases.

19. The reason given for Plaintiff's termination was pretextual and not the real reason for his termination.

## COUNT I – SEX DISCRIMINATION

20. Plaintiff incorporates preceding paragraphs as if fully set forth herein.

21. Plaintiff is a member of a protected class as he is a male transgender person.

22. Plaintiff was treated differently than similarly situated employees when he was disciplined and terminated for alleged offenses.

23. Plaintiff would not have been terminated but for his gender.

24. As a direct and proximate result of the unlawful practices of Defendant, Plaintiff has sustained damages in the form of lost salary and benefits, emotional pain, suffering, inconvenience, loss of enjoyment of life and mental anguish.

WHEREFORE, Plaintiff William Dawes prays for judgment against Defendant State of Kansas for compensatory damages, for his costs incurred herein, for attorneys' fees, and for such other relief as the Court deems just and proper.

## JURY TRIAL DEMAND

Plaintiff demands a jury trial on all issues so triable.

## DESIGNATION OF PLACE OF TRIAL

Plaintiff requests that the trial of this case be held in Kansas City, Kansas.

**THORNBERRY BROWN, LLC**

By: /s/ Randall W. Brown
Randall W. Brown            KS# 17905
*randy@thornberrybrown.com*
Stephen C. Thornberry       KS# 17494
s*teve@thornberrybrown.com*
4550 Main Street, Suite 205
Kansas City, Missouri 64111
(816) 531-8383 *telephone*
(816) 531-8385 *facsimile*
ATTORNEYS FOR PLAINTIFF