## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**WILLIAM H. DAWES, JR.**                    )
                                             )
          **Plaintiff,**                     )
                                             )
**v.**                                       )          **Case 2:23-cv-02005-JWB**
                                             )
**STATE OF KANSAS**                          )
                                             )
          **Defendant.**                     )

### PLAINTIFF'S DEPOSITION DESIGNATIONS

Plaintiff, pursuant to the Court's Trial Scheduling Order (Dkt. 34), provides the following

deposition designations of the depositions of Herman Jones and Daniel DiLoreto:

Herman Jones: 8/21/23 (Page:Line)

003:10 - 003:11

006:25 - 007:09

008:21 - 009:02

009:10 - 010:15

010:22 - 019:25

020:02 - 020:25

021:02 - 025:25

027:04 - 027:20

027:22 - 028:01

028:03 - 028:19

029:19 - 030:24

031:01 - 033:03

033:08 - 033:20

034:13 - 034:15

034:18 - 036:08

036:10 - 039:12

1

039:17 - 040:10

040:12 - 043:16

043:21 - 043:25

044:02 - 044:13


Daniel DiLoreto: 8/11/23 (Page:Line)

003:10 - 003:11

005:04 - 005:20

006:14 - 006:16

006:20 - 007:18

007:24 - 011:12

011:14 - 011:16

011:18 - 011:19

012:01 - 012:21

013:15 - 014:04

014:06 - 014:24

015:01 - 015:17

016:14 - 020:01

020:05 - 021:10

022:08 - 023:04

023:18 - 025:09

026:05 - 026:07

026:12 - 026:14

027:02 - 027:10

028:14 - 031:19

032:05 - 032:10

032:15 - 032:17

034:15 - 037:04

037:14 - 041:01

041:07 - 041:15

041:21 - 041:23

042:03 - 042:06

042:09 - 042:10

042:17 - 043:25

044:06 - 044:12

045:02 - 045:11

045:16 - 048:11

048:13 - 048:13

048:18 - 049:01

**THORNBERRY BROWN, LLC**

By:    <u>/s/ Randall W. Brown</u>
        Randall W. Brown      KS# 17905
        *randy@thornberrybrown.com*
        Stephen C. Thornberry      KS# 17494
        *steve@thornberrybrown.com*
        4550 Main Street, Suite 205
        Kansas City, Missouri 64111
        (816) 531-8383 *telephone*
        (816) 531-8385 *facsimile*
        ATTORNEYS FOR PLAINTIFF

<u>Certificate of Service</u>

I hereby certify that a copy of the foregoing
was filed via the court's electronic filing system
for service on this 10th day of June, 2024 to:

Fisher, Patterson, Sayler & Smith, LLP
David R. Cooper      #16690
Crystal B. Moe      #29168
3550 SW 5th Street
Topeka, Kansas 66606
Tel: (785) 232-7761
Fax: (785) 232-6604
dcooper@fpsslaw.com
cmoe@fpsslaw.com
ATTORNEYS FOR DEFENDANT

<u>/s/     Randall W. Brown</u>
Randall W. Brown